**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMY B. MERCHANT,** | : | |
| **Plaintiff** | : | **No. 1:22-cv-01506** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **FIRST UNUM LIFE INSURANCE CO.,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

**AND NOW**, on this 24th day of September 2024, upon consideration of the parties'

cross-motions for summary judgment (Doc. Nos. 28, 29), **IT IS ORDERED THAT**:

1.   Defendant First Unum Life Insurance Co. ("Defendant")'s motion for summary judgment (Doc. No. 29), is **GRANTED**;

2.   Plaintiff Amy B. Merchant ("Plaintiff")'s motion for summary judgment (Doc. No. 28) is **DENIED**; and

3.   The Clerk of Court is directed to enter judgment in favor of Defendant and **CLOSE** this case.

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania